UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL BASOLA SOBAYO,<br><br>Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SELECT PORTFOLIO SERVICING, INC.,<br><br>Appellee. | No.  2:23-mc-00322 DJC AC (PS)<br><br><br><br>ORDER |

On August 14, 2023, the United States Bankruptcy Appellate Panel ("BAP") of the Ninth Circuit transferred this action to the district court for the limited purpose of adjudicating the appellant Nathaniel Basola Sobayo's motion to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915.  ECF No. 1.

Appellant's motion to proceed in forma pauperis, located in this action at ECF No. 2, demonstrates that he is unable to prepay fees and costs or give security for them.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to proceed in forma pauperis is granted.

2. The action is referred back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further proceedings.

////

3.  The Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

DATED: September 12, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE